## IN THE SUPREME COURT OF THE STATE OF NEVADA

CORNER INVESTMENT COMPANY, LLC, A DOMESTIC LIMITED LIABILITY COMPANY, D/B/A THE CROMWELL, Petitioner,

vs.

THE EIGHTH JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA, IN AND FOR THE COUNTY OF CLARK; AND THE HONORABLE CRISTINA D. SILVA, DISTRICT JUDGE, Respondents,

and

CHRISTINE SWEENEY; JENNIFER RILEY; LAUREN SWEENEY; LARRY SWEENEY, JR., INDIVIDUALLY AND HEIRS OF THE ESTATE OF CHRISTINE SWEENEY, DECEASED; AND LARRY SWEENEY AND KATHERINE M. GONDRA, AS CO-SPECIAL ADMINSTRATORS OF THE ESTATE OF CHRISTINE SWEENEY, DECEASED, Real Parties in Interest.

No. 82319

FILED

MAR 09 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

### ORDER DENYING PETITION FOR WRIT OF MANDAMUS

This original petition for a writ of mandamus challenges a district court order denying a motion for partial summary judgment in a tort and wrongful death matter. Having considered the petition and the supporting documentation, we are not persuaded that petitioner made the required strong showing to invoke mandamus relief. *Walker v. Second Judicial Dist. Court*, 136 Nev., Adv. Op. 80, 476 P.3d 1194, 1197 (2020) (outlining conditions requisite to traditional mandamus, which include that petitioner has a legal right to the act the petition seeks to compel, respondent has a plain duty to perform such act, and the absence of an

21-06863

alternate legal remedy).  As a general rule subject to very few exceptions, we have declined to exercise our discretion with respect to writ petitions that challenge district court orders denying summary judgment motions. *Smith v. Eighth Judicial Dist. Court*, 113 Nev. 1343, 1344-45, 950 P.2d 280, 281 (1997).  We decline to deviate from that rule here, particularly because plaintiffs' claims are set for trial this month and because the issues presented can be raised on appeal from a final judgment, such that petitioner has a plain, speedy, and adequate remedy that precludes writ relief.  NRS 34.170; *see also Moore v. Eighth Judicial Dist. Court*, 96 Nev. 415, 416-17, 610 P.2d 188, 189 (1980) (declining to issue writ relief when doing so would not resolve the entire underlying controversy).  Accordingly, we

ORDER the petition DENIED.

_____, J.
Parraguirre

_____, J.
Stiglich

_____, J.
Silver

cc:     Hon. Cristina D. Silva, District Judge
        Brandon Smerber Law Firm
        Lemons, Grundy & Eisenberg
        Nettles Morris
        Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A